UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Case No:15-46594
Chapter 13
Hon: SHEFFERLY

Charles & Mattie Scott
                         Debtor(s).
_____/

CHRISTOPHER E. FRANK (P67169)
cfrank@theleducgroup.com
Attorney for Creditor
6 Parklane Blvd, Ste 665
Dearborn, MI 48126
(313) 914-5846

William Orlow
24100 Woodward Ave
Pleasant Ridge, MI 48069
(248) 584-2100
_____/

## OBJECTION TO CONFIRMATION

NOW COMES, Credit Union ONE, by and through its attorneys, The Leduc Group, and for its Objection to Confirmation of the Debtor's Chapter 13 Plan, states as follows:

1. That Debtors Chapter 13 Plan proposes to avoid the lien of the second mortgage of Creditor.

2. Creditor believes the value of the property to exceed the amount owing on the first mortgage and therefore the Debtor is not eligible under 11 USC 506 to avoid the second mortgage of Creditor.

3. Creditor objects to debtors' retention of rental property, which is a drain on debtors' bankruptcy estate. Debtors' Plan proposes receiving increased rental income, but as of the filing of the Plan they did not have a renter. This ultimately reduces the disposable income able to be committed to the plan pursuant to 11 U.S.C. § 1325(b)(1).

WHEREFORE, Credit Union ONE, requests this Court to deny the Debtor's confirmation of the Chapter 13 Plan.

Dated: July 30, 2015 By: /S/ Christopher E. Frank
Christopher E. Frank (P67169)
cfrank@theleducgroup.com
Attorney for Creditor
6 Parklane Blvd, Ste 665
Dearborn, MI 48126
(313) 914-5846

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

                              Case No:15-46594
                              Chapter 13
                              Hon: SHEFFERLY

Charles & Mattie Scott
                Debtor(s).
_____/
CHRISTOPHER E. FRANK (P67169)
cfrank@theleducgroup.com
Attorney for Creditor
6 Parklane Blvd, Ste 665
Dearborn, MI 48126
(313) 914-5846

William Orlow
24100 Woodward Ave
Pleasant Ridge, MI 48069
(248) 584-2100
_____/

**PROOF OF SERVICE**

      On the July 30, 2015, a copy of the Objections to confirmation of the Chapter 13 Plan ,and this Proof of Service were served electronically or by first class mail to the following:

Krispen Carroll, Trustee

William Orlow, Debtor Counsel

Charles & Mattie Scott
30341 Cascade Court
Southfield MI, 48076

                                    /s/ Christopher E. Frank
                                    Christopher E. Frank (P67169)
                                    cfrank@theleducgroup.com
                                    6 Parklane Blvd, Ste 665
                                    Dearborn, MI 48126
                                    (313) 914-5846