**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

**IN THE MATTER OF:**

| | |
|---|---|
| **CHARLES VONZELL SCOTT** | **CASE NO:** **1115-46594** |
| **MATTIE MAE SCOTT** | **CHAPTER:** 13 |
| | **JUDGE:** **SHEFFERLY** |

_____**DEBTOR(S)/**_____

**CERTIFICATE OF SERVICE**

     **Heather Tousignant** hereby certifies that on __October 12, 2015__ a copy of the **Debtor's Comparative Market Analysis for property located on Frisbee, Proof of Child Care expenses, Proof of Personal Expenses, Proof of Food expenses, Rental Expenses, Mrs. Scott's Expenses and Laundry and Dry Cleaning Expenses** were sent via e-mail to the following:

**Krispen S. Carroll**
**Standing Chapter 13 Trustee**
**719 Griswold**
**1100 Dime Building**
**Detroit, MI 48226**
**kscfinancial@det13ksc.com**

                     /s/ **Heather Tousignant**
                     **Heather Tousignant, Legal Assistant**
                     An Employee of B.O.C. Law Group, P.C.
                     24100 Woodward Avenue, Suite B
                     Pleasant Ridge, MI 48069
                     248-584-2100
                     htousignant@boclaw.com