IN RE:
CHARLES VONZELL SCOTT                                    CASE NO:     15-46594
MATTIE MAE SCOTT                                         CHAPTER:     13
                                                         JUDGE:       SHEFFERLY

_____Debtor(s)_____/

## ORDER CONFIRMING PLAN AND LIFTING STAY AS TO FORD MOTOR CREDIT COMPANY (AS TO CLAIM 1-1 LEASE OF THE 2013 FORD EDGE ONLY)

The Debtor's Chapter 13 Plan was duly served on all parties in interest. A hearing on confirmation of the Plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 Plan pursuant to 11 USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 Plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of <u>WILLIAM R. ORLOW</u>, Attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of **** in fees and **** in expenses, and that the portion of such claim which has not already been paid, to-wit: **** shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

[X] Fees by application. Trustee shall reserve $2900.00 for 30 days pending a fee application by Debtor's counsel. Counsel's fees shall be paid as follows: $2900 in the Trustee's first disbursement following approval of counsel's pre-confirmation fee application, then $325.00 per month until paid in full. This provision will be included in the fee application and proposed order.

[X] Plan provision V.C shall read as follows: **RETENTION AND COMPENSATION OF OTHER PROFESSIONALS FOR POST-PETITION PRE-CONFIRMATION SERVICES:** If Class 2.3 indicates that Debtor has retained or intends to retain the services of any Professional (as that term is defined in 11 USC §327) to perform professional services after the commencement of this case, Debtor shall file a timely Application to Employ Professional Person stating the identity of the person to be retained and the capacity or purpose for retention, accompanied by a Certification of Disinterestedness signed by the Professional and obtain Court permission to retain the Professional. The Professional may seek compensation in an amount not to exceed $400.00 by filing a Proof of Claim designated as an Administrative Expense without further notice, hearing or Order of Court. If the Professional seeks compensation in excess of $400.00, the Professional shall file an Application for Compensation for services rendered pursuant to 11 USC §327.

[X] Creditor Wayne County Treasurer (Claim #7) shall be paid as a Class 5.2 modified secured claim related to real property taxes assessed against 19918 Avon, Detroit, MI for tax years 2012-2013 in the amount of **$4,109.33** to be paid at 18% interest over the life of the Plan. Creditor shall retain its lien until paid in full.

X] Creditor Wayne County Treasurer (Claim #7) shall be paid as a Class 5.2 modified secured claim related to real property taxes assessed against 19918 Avon, Detroit, MI for tax years 2014 in the amount of **$36.29** to be paid at 12% interest over the life of the Plan. Creditor shall retain its lien until paid in full.

[X] Creditor Ford Motor Credit Company (Claim #4) shall be paid as a Class 5.2 modified secured claim related to Debtors' 2010 Ford Edge in the amount of **$8,059.47** to be paid at 5% interest over the life of the Plan.

[X] Creditor Ford Motor Credit Company (Claim #5) shall be paid as a Class 5.2 "cram down" secured claim related to Debtors' 2012 Ford Focus in the amount of **$10,575.00** to be paid at 5% interest over the life of the Plan.

[X] Debtors hereby reject the lease of a 2013 Ford Edge (claim#1) and shall treat any deficiency owing on the lease as a Class 9 general unsecured debt. Moreover, the Automatic Stay is hereby vacated as the Ford Motor Credit Company upon entry of this order.

[X] Debtor's Plan payments shall increase to $1250.00 per month effective 10/20/15.

**Objections Withdrawn:**

**/s/ Shakeena Melbourne (P78958)**
**For Wayne Co. Treasurer**

**/s/ Shakeena Melbourne (P78958)**
**For Ford Motor Company**

Approved:

| | |
|---|---|
| /s/ Margaret Conti Schmidt | /s/Corey M Carpenter |
| Krispen S. Carroll (P49817) | Corey M. Carpenter (P67818) |
| Margaret Conti Schmidt (P42945) | Attorney for Debtor |
| Maria Gotsis (P67107) | 24100 Woodward Avenue |
| Chapter 13 Trustee | Pleasant Ridge, MI 48069 |
| 719 Griswold | 248-584-2100 |
| Suite 1100 | |
| Detroit, MII 48226 | |
| (313) 962-5035 | |
| notice@det13ksc.com | |

/s/ Charles Scott
 Charles Scott-Debtor

/s/ Mattie Scott
 Mattie Scott-Debtor

**United States Bankruptcy Judge**

.

**Signed on October 24, 2015**
     **/s/ Phillip J. Shefferly**
     ___
         **Phillip J. Shefferly**